339 A.2d 763

**COMMONWEALTH of Pennsylvania**

v.

**Albert BURTON, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 9, 1975.

Decided July 7, 1975.

Allan M. Dabrow, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

The order of the Court of Common Pleas denying Post-Conviction relief is affirmed.